UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED
04/19/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Teubrian Nicholson, Plaintiff )
v. )  04/11/2023
John Plasse, et al, )  2:23-cv-00202-MPB-MG
Quality Correction Care, Defendants )

The Plaintiff Motions to file complaint of Civil Rights violations upon said Defendants in the United States District Court, Southern District of Indiana, Terre Haute Division.

On 11/30/2022 Approximately 1600 hours Plaintiff sent medical staff a request that Plaintiff was having pain everytime he had to urinate. SEE Medical Request ID# 5443365. On 12/2/2022 Approximately 1200 hours Medical Request was Approved and Plaintiff signed Release of Information for medical records. On 1/2/2023 Approximately 1200 hours Plaintiff told staff that nurse said they would get a urinoligist. SEE request #5948550.

On 1/3/2023 Approximately 3:27pm medical staff accepted Plaintiff request and told him an appointment was made. WEEKS go by nothing happened so on 1/26/2023 Approximately 10:31am sent request to see the Doctor due to being in alot of pain. SEE Request ID# 6103557. On 2/1/2023 Approximately 9:08 medical staff answered request and stated Urology Appointment was made but Plaintiff have not seen the Doctor or heard back from staff about the seriousness of Plaintiff problem. I'm currently still in pain and it's now April which nothing has been done. Quality Correction Care staff failed to adequately treat Plaintiff's injury by order of Dr. Cox.

Said defendants committed the following acts violating the Plaintiff civil rights under the umbrella of United states code ; Title 42 chapter 21, sub chapter 1, Section 1983 (under color of law) 8th and 14th Amendments of Constitutional Protections of law 1981, 1985 and 1986 of said title 42 sections. The said defendants also committed the Acts of Gross NEGligence, Deliberate Indifference, Invidious Discrimination, and Dereliction of Duty.

For Damages of the plaintiffs mental Anguish and being ignored by the VIGO county jail medical staff with the deliberate Indifferent care of Dr. Cox. The Plaintiff request the following Compensation for needless physical insure, emotional and mental Trama $50,000.00 to be paid to Plaintiff $1,000.00 per week for 50 weeks, and the said compensation is immune from "ANY" and all Bankrupt actions. Each defendant is responsible the redress of said damages Amount, and have weekly amount deposited into Plaintiffs account No later than 12am of Each Friday of Each week, with a 10% charge of late fee compounded Daily of the total Amount to be paid $50,000.00.

Teubrion Nicholson