UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| TEUBRIAN NICHOLSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00202-MPB-MG ) |
| JOHN PLASSE, QUALITY CORRECTION CARE, | ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is dismissed **without prejudice**.

Dated: December 4, 2023

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

TEUBRIAN NICHOLSON
600 W. HONEY CREEK DRIVE
TERRE HAUTE, IN 47802